OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

| Marcia M. Waldron | FOR THE THIRD CIRCUIT | Telephone |
|---|---|---|
| Clerk | 21400 United States Courthouse | 267-299-4926 |

601 Market Street
Philadelphia PA 19106-1790

www.ca3.uscourts.gov

October 15, 2003

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street
Room 1060
Harrisburg, PA  17108

**RE: Docket No. 01-2156**
    **Seiler  vs. Amer Intl Ins Co**
    **D.C. No. 00-cv-01792**

Dear Mrs. D'Andrea:


    Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case. The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

    We release herewith the certified list in lieu of the record in the case.

    Kindly acknowledge receipt for same on the enclosed copy of this letter.

    Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.


                            Very truly yours,
                            MARCIA M. WALDRON
                            Clerk

                       By:  Carolyn Hicks
                            Case Manager

Enclosure
cc:     David B. Dowling, Esq.
        Scott J. Tredwell, Esq.